LOUIS LEVIEN CUT GLASS CO. v. HINS-BERGER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Louis Levien Cut Glass Company against Louis Hinsberger. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 741.